UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-343 (RMU)** |
| v. | : | Under Seal |
| **FRANCIS BUTLER** | : | |

FILED
JAN - 8 2008
Clerk, U.S. District and Bankruptcy Courts

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Conspiracy to Distribute and Possess with Intent to Distribute Five Grams or more of Methamphetamine, in violation of 21 U.S.C. § 846, § 841 (a)(1), and § 841 (b)(1)(B)(viii) are:

Narcotics Conspiracy

(1) a criminal agreement: On or about early 2006 and continuing up to May 2007, two or more persons reached an agreement or came to an understanding to distribute or possess with an intent to distribute Methamphetamine, also known as crystal meth, also known as Ice, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

(2) the defendant participated in the agreement: The defendant voluntarily and intentionally joined in or participated in the agreement or understanding, either at the time it was first reached or at some later time while it was still in effect. To have participated in the agreement, the Government must show that the defendant knew the purpose of the agreement or understanding; that is, in this case, that was an agreement or understanding that involved the

specific intent to distribute or possess with the intent to distribute illegal drugs.

II. <u>COPY OF THE PLEA AGREEMENT:</u>

A copy of the plea agreement, executed by the defendant, is attached. A copy of a statement of facts in support of the guilty plea, also acknowledged by the defendant, is attached.

III. <u>PENALTIES:</u>

Pursuant to 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1) and § 841 (b)(1)(B)(viii), the defendant may be imprisoned for not less than five years nor more that 40 years, subjected to a fine of not more than $2,000,000, or both. Furthermore, he may be subjected to a term of supervised release of not more than five years. 18 U.S.C. § 3583(b)(2).

The defendant agrees to pay a special assessment of $100 to the Clerk's Office for the United States District Court at the time of sentencing.

<div style="margin-left: 50%;">

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498-610

_____
DARLENE M. SOLTYS
Assistant United States Attorney
Bar No. 431-036
Organized Crime and Narcotics Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-8147
darlene.soltys@usdoj.gov

</div>

## Certificate of Service

I hereby certify that a copy of the foregoing pleading has been delivered by facsimile, to the attorney for the defendant listed below:

Dani Jahn
Attorney at Law

This 28th day of December, 2007.

_____
Darlene M. Soltys
Assistant United States Attorney